EDWIN M. MILLARD, Appellant, *v.* THE NEW YORK HARBOR TOWBOAT COMPANY, Respondent.

(Submitted April 23, 1890; decided May 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 18, 1888, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*A. A. Spear* for appellant.

*Geo. Bethune Adams* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.